UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-00397-PGB-RMN

JOSE L. PEREZ ALFONSO,

    Plaintiff,

vs.

Y.Y. & R. INC., d/b/a RUBEN'S TIRES,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, JOSE L. PEREZ ALFONSO, and Defendant, Y.Y. & R. INC., d/b/a RUBEN'S TIRES, by and through their respective undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees, costs, and disbursements, except as otherwise provided for in the parties' settlement agreement. The parties request this Court retain jurisdiction to enforce the settlement agreement until March 1, 2024, to allow the parties time to comply with all settlement payments.

Respectfully submitted on October 23, 2023,

/s/ Gregory A. Owens
GREGORY A. OWENS, ESQ.
Florida Bar No. 51366
Email: greg@fgbolaw.com
FLORIN GRAY BOUZAS OWENS
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone: (727) 220-4000
Facsimile: (727) 483-7942
*Counsel for Plaintiff*

/s/ Alex B.C. Ershock
ALEX B.C. ERSHOCK, ESQ.
E-mail: ABE@PBL-Law.com
Secondary E-mail: AK@PBL-Law.com
DANIEL LEVINE, ESQ.
E-mail: DRL@PBL-Law.com
Secondary E-mail: AK@PBL-Law.com
PADULA BENNARDO LEVINE LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431
Telephone: (561) 544-8900
Facsimile: (561) 544-8999
*Counsel for Defendant*